# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY Case No.: 24-30025 |
| Robert Hurst Anderson, Jr., | Chapter 7 |
| Debtor. | |

| | |
|---|---|
| Randall L. Seaver, Trustee, | ADV Case No.: 25-3008 |
| Plaintiff, | |
| v. | |
| Top Source Media L.L.C., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Brandi J. Kasheimer, hereby certify that on January 22, 2025, I served the following:

1. Summons; and
2. Adversary Complaint

upon:

Officer or Managing Agent
Top Source Media L.L.C.
6680 St. Croix Trl S
Hastings, MN 55033

via First-Class Mail and Certified Mail, return receipt requested.

Dated: January 22, 2025         s/ *Brandi J. Kasheimer*
                                Brandi J. Kasheimer
                                Moss & Barnett
                                150 South Fifth Street, Suite 1200
                                Minneapolis, MN 55402

9996160v1