**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | BKY Case No.: 24-30025 |
| | Chapter 7 |
| Robert Hurst Anderson, Jr., | |
| Debtor. | |
| Randall L. Seaver, Trustee, | ADV Case No.: 25-3008 |
| Plaintiff, | |
| v. | |
| Top Source Media L.L.C., | |
| Defendant. | |

**STIPULATION FOR ENTRY OF JUDGMENT**

Randall L. Seaver, Trustee ("**Plaintiff**") and Top Source Media L.L.C. ("**Defendant**") have agreed to resolve this adversary proceeding by requesting that the Court enter judgment against Defendant and in favor of Plaintiff in the amount of $33,050.35.

Based on the foregoing, the Plaintiff and the Defendant, via their respective counsel or authorized signor, stipulate as follows:

1. The Court is authorized to enter judgment in favor of Plaintiff and against Defendant in the amount of $33,050.35; and

2. The parties agree to bear their own costs, disbursements and attorneys' fees.

Pursuant to Local Bank. R. 9011-1(b), the parties authorize the filing of this Stipulation for Entry of Judgment with electronic signatures.

10022458v3

Document ID: da2f2331b9d77c78592b9a5d3877bcbf0e6c0edd552715ea4aff42d7a7b148ce

|  |  |
|---|---|
|  | MOSS & BARNETT |
|  | A Professional Association |
| Dated: February 3, 2025 | By  s/ *Matthew R. Burton* |
|  | Matthew R. Burton (#210018) |
|  | 150 South Fifth Street, Suite 1200 |
|  | Minneapolis, MN 55402 |
|  | Telephone: (612) 877-5000 |
|  | Email: matthew.burton@lawmoss.com |
|  | ATTORNEYS FOR PLAINTIFF RANDALL L. SEAVER, TRUSTEE |

TOP SOURCE MEDIA L.L.C.

Dated: 02/03/2025 PST

By  Signer ID: VZAY452X13

By: Robert Hurst Anderson, Jr.
Its: Chief Manager

10022458v3

Document ID: da2f2331b9d77c78592b9a5d3877bcbf0e6c0edd552715ea4aff42d7a7b148ce