## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY Case No.: 24-30025 |
| | Chapter 7 |
| Robert Hurst Anderson, Jr., | |
| Debtor. | |

| | |
|---|---|
| Randall L. Seaver, Trustee, | ADV Case No.: 25-3008 |
| Plaintiff, | |
| v. | |
| Top Source Media L.L.C., | |
| Defendant. | |

### ORDER FOR JUDGMENT

Pursuant to the stipulation of Plaintiff Randall L. Seaver, Trustee, and Defendant Top Source Media L.L.C. for entry of judgment,

**IT IS ORDERED:**

1. Judgment is awarded in favor of Plaintiff and against Defendant in the amount of $33,050.35.

2. The parties shall be responsible for their own costs, disbursements and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 14, 2025

/e/ Katherine A. Constantine
Katherine A. Constantine
Chief United States Bankruptcy Judge